UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MICHELMAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, ET AL., <br><br> Defendant(s). | Case No. CV 20-1259-DOC (KK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Defendants have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART; (2) Plaintiff's Motion to Remand is DENIED as MOOT; (3) Judgment be entered DISMISSING Plaintiff's federal claim with prejudice and without leave to amend; and (4) this matter is, hereby, REMANDED to the Superior Court of California, County of Los Angeles.

Dated: August 12, 2020

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge