JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MICHELMAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, ET AL., <br><br> Defendant(s). | Case No. CV 20-1259-DOC (KK) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's federal claim is dismissed with prejudice and without leave to amend and this matter is, hereby REMANDED to the Superior Court of California, County of Los Angeles.

Dated:  August 12, 2020

_____
HONORABLE DAVID O. CARTER
United States District Judge